IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHER SINGH,<br><br>                      Plaintiff,<br><br>         v.<br><br>EMILIA BARDINI, ET AL.,<br><br>                      Respondents. | CASE No.  1:23-CV-01671-NODJ-EPG<br><br>STIPULATION AND ORDER FOR TEMPORARY ABEYANCE<br><br>(ECF No. 6) |

    The Defendants respectfully request to hold this case in temporary abeyance through July 30, 2024, and counsel for Plaintiffs does not oppose.  In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in 2015.  USCIS has scheduled Plaintiff's asylum interview for April 1, 2024.  The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days.

    The parties therefore stipulate that this matter be held in temporary abeyance through July 30, 2024.  The parties further request that the Initial Scheduling Conference set for March 5, 2024 and all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

Dated: January 12, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ CONRAD K. WU
CONRAD K. WU
Counsel for Plaintiff

# **ORDER**

Pursuant to the parties' stipulation (ECF No. 6), IT IS ORDERED as follows:

1. This matter is held in temporary abeyance until July 30, 2024, by which date the parties shall file a dispositional document to close this case or, alternatively, a joint status report that addresses the parties' plans to either dispose of or to litigate this case.

2. All other upcoming proceedings and deadlines, including the March 5, 2024 scheduling conference, are vacated. (ECF No. 4).

IT IS SO ORDERED.

Dated: **January 16, 2024**         /s/ Erica P. Grosjean
                              UNITED STATES MAGISTRATE JUDGE